**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ISAAC MATHIS,**

   **Plaintiff,**

**vs.**                                              **Case No. 4:20cv278-MW-MAF**

**FLORIDA DEPARTMENT OF
CORRECTIONS, and MARTIN
CORRECTIONAL INSTITUTION,**

   **Defendants.**

                                                        **/**

## O R D E R

Plaintiff, an inmate proceeding pro se, initiated this case in late May

2020, by submitting an in forma pauperis motion, ECF No. 2, and a § 1983

civil rights complaint, ECF No. 1.  Noting that Plaintiff's complaint

concerned events which transpired at Martin Correctional Institution, a

Report and Recommendation was entered on June 1, 2020, to transfer this

case.  ECF No. 4.  However, Plaintiff has now filed a notice of voluntary

dismissal pursuant to Rule 41(a).  ECF No. 5.

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves his answer, or files a motion for summary judgment.  Plaintiff's notice of voluntary dismissal is appropriately accepted under Rule 41(a).  Although Plaintiff's notice is effective without an order, *see* Fed. R. Civ. P. 41(a)(1)(A), <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012), this Order confirms that the case has been dismissed without prejudice.  The Clerk must close the file.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's notice of voluntary dismissal, ECF No. 5, filed pursuant to Rule 41(a)(1)(A)(i), is **ACCEPTED**.

2.  The Report and Recommendation, ECF No. 4, is **VACATED**.

3.  The Clerk of Court shall administratively close this case.

**DONE AND ORDERED** on June 8, 2020.

**S/   Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**